# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Revised: May 14, 2013

Official Caption[1]

2013-1402, -1403

CHEMSOL, LLC and MC INTERNATIONAL, LLC,

    Plaintiffs-Appellants,

v.

UNITED STATES and
UNITED STATES CUSTOMS AND BORDER PROTECTION,

    Defendants-Appellees.

Appeals from the United States Court of International Trade in case nos. 11-CV-0516 and 11-CV-0517, Chief Judge Donald C. Pogue.

Authorized Abbreviated Caption[2]

CHEMSOL, LLC V US, 2013-1402, -1403

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.