**FORM 8.** Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

CHEMSOL, LLC   v.   UNITED STATES

No. 2013-1402, -1403

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

_____ Pro Se    ✓ As counsel for: ChemSol, LLC; MC International, LLC
                                   Name of party

I am, or the party I represent is (select one):

_____ Petitioner   _____ Respondent   _____ Amicus curiae   _____ Cross Appellant
✓ Appellant        _____ Appellee     _____ Intervenor

As amicus curiae or intervenor, this party supports (select one):

_____ Petitioner or appellant   _____ Respondent or appellee

My address and telephone are:

Name: Russell A. Semmel
Law firm: NEVILLE PETERSON LLP
Address: 17 State Street, 19th Floor
City, State and ZIP: New York, NY 10004
Telephone: 212-635-2730
Fax #: 212-635-2734
E-mail address: rsemmel@npwny.com

Statement to be completed by counsel only (select one):

_____ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

✓ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 2012

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

_____ Yes   ✓ No

_____ A courtroom accessible to the handicapped is required if oral argument is scheduled.

May 20, 2013                          /s/ Russell A. Semmel
    Date                          Signature of pro se or counsel

cc: _____

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on May 20, 2013 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| Russell A. Semmel | /s/ Russell A. Semmel |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: NEVILLE PETERSON LLP
Address: 17 State Street, 19th Floor
City, State, ZIP: New York, NY 10004
Telephone Number: 212-635-2730
FAX Number: 212-635-2734
E-mail Address: rsemmel@npwny.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.