UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

---

**CHEMSOL, LLC** *et al.*,

    **Plaintiffs-Appellants,**

    *v.*       No. 2013-1402, -1403

**UNITED STATES** *et al.*,

    **Defendants-Appellees.**

---

### MOTION OF CHEMSOL, LLC AND MC INTERNATIONAL, LLC
### FOR EXTENSION OF TIME TO FILE PRINCIPAL BRIEF

Plaintiffs-Appellants, **ChemSol, LLC** ("Chemsol") and **MC International, LLC** (MCI), by and through undersigned counsel, hereby move this Court, pursuant to Rules 26(b) and 27(a) of the U.S. Court of Appeals for the Federal Circuit (CAFC), for an extension of time to file their Principal Brief. The current deadline is July 15, 2013; Appellants seek to extend this deadline by twenty-eight (28) days, *i.e.*, until **August 12, 2013**. This Court has previously granted to Appellants no extension of this deadline.

Appellants submit that there exists good cause for granting this Motion, as detailed in the attached Rule 26(b)(5) *Declaration of George W. Thompson, Esq.* A convergence of court and administrative deadlines, and international and domestic business travel has made and will make difficult undersigned counsel's ability to commit due time and resources to the preparation of the Principal Brief. Counsel are confident that the extension sought herein would provide ample time to complete and to file the Principal Brief.

WHEREFORE, Appellants pray that this Motion be GRANTED; and that the deadline to file the Principal Brief be extended until August 12, 2013. All other parties have been informed that this

Motion is being filed; on July 3, 2013, Defendants-Appellees, the United States *et al.* (the "Government"), by and through their counsel, Justin R. Miller, indicated that Appellees consent to this Motion.

Respectfully Submitted,

  /s/ George W. Thompson
George W. Thompson
  *Counsel of Record*
Russell A. Semmel
NEVILLE PETERSON LLP
1400 Sixteenth Street, N.W., Suite 350
Washington, DC 20036
(202) 861-2959
Fax: (202) 861-2924
gthompson@npwdc.com

July 3, 2013

# **DECLARATION OF GEORGE W. THOMPSON, ESQ.**

The undersigned, GEORGE W. THOMPSON, ESQ., does hereby solemnly declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am counsel of record for Plaintiffs-Appellants, ChemSol, LLC ("Chemsol") and MC International, LLC (MCI), in these appeals, *ChemSol, LLC et al. v. United States et al.*, Nos. 13-1402, -1403. I submit this declaration in accordance with Rule 26(b)(5) of the U.S. Court of Appeals for the Federal Circuit (CAFC), in support of Appellants' Motion for an extension of time to file their Principal Brief.

2. The Principal Brief is currently due July 15, 2013. Appellants seek to extend this deadline by twenty-eight (28) days, *i.e.*, until August 12, 2013. As set forth herein, good cause exists for requesting an extension of time by more than fourteen days.

3. All signatory counsel's ability to commit due time and resources to the preparation of the Principal Brief will be constrained during the month of July. Counsel are facing a convergence of court and administrative deadlines in other matters, including preparation of responds to interrogatories and production requests, conducting and defending depositions, and responding to motions to dismiss in Federal and Illinois state courts; filing claims and preferences in California and New Jersey bankruptcy courts; and filing a petition in this Court. In addition, counsel will be required to travel internationally to meet Mexican judicial and administrative deadlines.

4. Counsel are confident that the extension sought herein would provide ample time to complete and to file the Principal Brief.

5. For all of the above reasons, the good cause required by this Court upon requesting an extension of time by more than fourteen days is present.

I hereby certify that the foregoing is true and correct to the best of my knowledge and belief.

                                                      /s/ George W. Thompson
                                                     George W. Thompson, Esq.
                                                     NEVILLE PETERSON LLP
                                                     1400 Sixteenth Street, N.W., Suite 350
                                                     Washington, DC 20036
                                                     (202) 861-2959
                                                     Fax: (202) 861-2924
                                                     gthompson@npwdc.com

July 3, 2013

FORM 9.  Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

CHEMSOL, LLC  v.  UNITED STATES

No. 2013-1402, -1403

# CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) appellants certifies the following (use "None" if applicable; use extra sheets if necessary):

1.  The full name of every party or amicus represented by me is:

ChemSol, LLC;
MC International, LLC

2.  The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

Same

3.  All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None

4.  ☑  The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

NEVILLE PETERSON LLP (Russell A. Semmel)

May 20, 2013                    /s/ George W. Thompson
    Date                         Signature of counsel
                                George W. Thompson
                                Printed name of counsel

Please Note: All questions must be answered
cc: _____

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on Jul 3, 2013 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| Russell A. Semmel | /s/ Russell A. Semmel |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: NEVILLE PETERSON LLP
Address: 17 State Street, 19th Floor
City, State, ZIP: New York, NY 10004
Telephone Number: 212-635-2730
FAX Number: 212-635-2734
E-mail Address: rsemmel@npwny.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.