UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

```
------------------------------------------------------- --X
CHEMSOL, LLC et al.,                                     :
                                                         :
        Plaintiffs-Appellants,                           :
                                                         :
    v.                                                   :   No. 2013-1402, -1403
                                                         :
UNITED STATES et al.,                                    :
                                                         :
        Defendants-Appellees.                            :
------------------------------------------------------- --X
```

# SECOND CONSENT MOTION OF APPELLANTS CHEMSOL, LLC AND MC INTERNATIONAL, LLC FOR EXTENSION OF TIME TO FILE PRINCIPAL BRIEF

Appellants, **ChemSol, LLC** ("Chemsol") and **MC International, LLC** (MCI), by and through undersigned counsel, having informed all other parties to these appeals, hereby move this Court, pursuant to Rules 26(b) and 27(a) of the U.S. Court of Appeals for the Federal Circuit (CAFC), for an extension of time to file their Principal Brief. The current deadline is August 12, 2013; Appellants seek to extend this deadline by fourteen (14) days, *i.e.*, until **August 26, 2013**. This Court has previously granted to Appellants one extension of this deadline.

Appellants submit that there exists good cause for granting this Motion. All counsel's ability to commit due time and resources to the preparation of the Principal Brief will be constrained during the first half of August. Counsel are facing a

convergence of court and administrative deadlines in other matters, and will be required to travel internationally to meet Mexican judicial and administrative deadlines. Counsel are confident that the extension sought herein would provide ample time to complete and to file the Principal Brief.

WHEREFORE, Appellants pray that this Motion be GRANTED; and that the deadline to file the Principal Brief be extended until August 26, 2013. Appellees the United States *et al.* (Justin R. Miller) each have consented to this requested relief.

          Respectfully Submitted,

            /s/ George W. Thompson
          George W. Thompson
          NEVILLE PETERSON LLP
          1400 Sixteenth Street, N.W., Suite 350
          Washington, DC 20036
          (202) 861-2959
          Fax: (202) 861-2924
          gthompson@npwdc.com

August 5, 2013